# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **JEFFREY M. KNIGHT,** <br> Plaintiff, <br><br> v. <br><br> **HARRISONBURG-ROCKINGHAM REGIONAL JAIL,** <br> Defendant(s), | Civil Action No. 7:21-cv00352 <br><br> **OPINION** <br><br> By: James P. Jones <br> United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered June 8, 2021, the court directed plaintiff to submit within 20 days from the date of the order an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. On June 21, 2021, plaintiff provided a copy of his trust fund account at his current facility for the months of March through May, however, the months of December through February were not included even though plaintiff had submitted a prior incomplete trust fund account stating that he was at a prior facility for those missing months. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This  13th  day of July, 2021.

                                                      /s/James P. Jones
                                                   United States District Judge